# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| THEODORE M. DUNN AND LORI N. DUNN | : | No. 551 MAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| MIDDLETOWN TOWNSHIP ZONING HEARING BOARD | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| RENOVAH CONSTRUCTION CO., | : | |
| | : | |
| Intervenor | : | |
| | : | |
| | : | |
| PETITION OF: RENOVAH CONSTRUCTION CO., | : | |
| | : | |
| | : | |
| Intervenor | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.